| UNITED STATES DISTRICT COURT | District DISTRICT OF MASSACHUSETTS | |
|---|---|---|
| Name of Movant DAVID JOHNSON | Prisoner No. 23155-038 | Case No. 00-10183-JLT |
| Place of Confinement FEDERAL CORRECTIONAL FACILITY RAY BROOK, RAY BROOK NY | | |

UNITED STATES OF AMERICA     V.     DAVID JOHNSON
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack

   **U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS**

2. Date of judgment of conviction    **APRIL 26, 2001**

3. Length of sentence    **327 MONTHS**

4. Nature of offense involved (all counts)    **21 U.S.C. § 841(a)(1)**

   **18 U.S.C. § 922(g)(1)**

   **18 U.S.C. § 924(c)(1)(A)**

5. What was your plea? (Check one)
   (a) Not guilty    XX
   (b) Guilty    ☐
   (c) Nolo contendere    ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   **N/A**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury    ☒
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☒    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

(2)

9. If you did appeal, answer the following:

    (a) Name of court __U.S. COURT OF APPEALS, FOR THE FIRST DISTRICT__

    (b) Result __CONVICTION AFFIRMED__

    (c) Date of result __DECEMBER 20, 2002__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __U.S. SUPREME COURT__

    (2) Nature of proceeding __CERTIORARI__

    (3) Grounds raised __WHETHER, IN THE WAKE OF OLD CHIEF v. UNITED STATES, THE USE OF PRIOR CONVICTIONS FOR IMPEACHMENT OF A TESTIFYING CRIMINAL DEFENDANT REQUIRES AN EXPLICIT "PROBATIVE VERSUS PREJUDICIAL" BALANCING TEST UNDER FED. R. EVID. 403 AND 609.__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐    No ☒

    (5) Result __CERTIORARI DENIED__

    (6) Date of result __MAY 19, 2003__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐    No ☐
(2) Second petition, etc.    Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ COULD ONLY FILE 28 U.S.C. § 2255 _____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

<u>Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date</u>.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: __VIOLATION OF FIFTH AMENDMENT OF THE BILL OF RIGHTS__

Supporting FACTS (state *briefly* without citing cases or law)

Defendants sentence was imposed in violation of the Fifth Amendment of the Bill of Rights, and it protections of Due Process. As that information was relied on, without proper confirmation of its accuracy, to impose an incorrect sentence upon Defendant.

B. Ground two: __VIOLATION OF THE UNITED STATES SENTENCING GUIDELINES__

Supporting FACTS (state *briefly* without citing cases or law) Defendant has been incorrectly determined to be a "career offender", and Defendant has been sentenced based upon such determination, in violation of the governing criteria of the United States Sentencing Guidelines.

C. Ground three: __VIOLATION OF THE FOURTH AMENDMENT OF THE BILL OF RIGHTS__

Supporting FACTS (state *briefly* without citing cases or law) Evidence was seized during an unlawful search and used to convict Defendant.

(5)

D.  Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: ___N/A___

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a) At preliminary hearing ___Owen Walker, 408 Atlantic Avenue, Boston, MA 02110___

    (b) At arraignment and plea ___SAME AS ABOVE___

    (c) At trial ___SAME AS ABOVE___

    (d) At sentencing ___SAME AS ABOVE___

(6)

(e) On appeal __Paul Glickman, 65A Atlantic Avenue, 3rd Floor,__

__Boston, MA  02110__

(f) In any post-conviction proceeding __SAME AS ABOVE__

(g) On appeal from any adverse ruling in a post-conviction proceeding __SAME AS ABOVE__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    __N/A__

    (b) Give date and length of the above sentence: __N/A__

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐   No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__5-12-04__
(Date)

_____
Signature of Movant

(7)