UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JOHNSON | ) |
| | ) |
| v. | ) Civil No. 04-11114-JLT |
| | ) |
| UNITED STATES OF AMERICA | ) |

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME

The United States of America, by the undersigned attorney, files this Motion for an Extension of Time. The government requests until Friday, July 23, 2004 to respond to the Petition Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody. In support of this Motion the government states that the undersigned Assistant U.S. Attorney who prosecuted the defendant has been trying the case captioned United States v. Alan MacKenzie et al., 01-CR-10350-DPW for the past several weeks. The government anticipates that the case will be completed by July 16, 2004. Accordingly, the government requests an extension of time until July 16, 2004, which is one week after the anticipated completion date of the MacKenzie case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____ 6/20/04
George W. Vien
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I certify that I caused a copy of this Motion to be mailed to David Johnson, Prisoner Number 23155-038, FCI Ray Brook, Ray Brook, New York 12977.

George W. Vien
Assistant U.S. Attorney