UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID JOHNSON,                )
    Movant-Defendant,     )
                              )
-vs-                          )   Criminal No.: 1:04-CV-11114-JLT
                              )
UNITED STATES OF AMERICA,     )
    Respondent-Plaintiff. )
_____)

AFFIDAVIT IN SUPPORT OF
MOVANT'S 28 U.S.C. § 2255 MOTION

STATE OF NEW YORK   )
                    ) ss.: AFFIDAVIT OF DAVID JOHNSON
COUNTY OF ESSEX     )

    I, DAVID JOHNSON (hereinafter 'Affiant') the Movant-Defendant in the above-styled cause, who being first duly sworn, does so under pain and penalty of perjury depose and aver the following:

    1. Affiant is above 21 years of age and competent to state the matters set forth herein, and all averments herein are based upon Affiant's personal knowledge of such matters.

    2. On October 28, 1991, based upon a plea agreement, Affiant plead guilty to Simple Assault stemming from an episode wherein Affiant was charged with multiple counts of Assault & Battery and Assault With A Dangerous Weapon.

    3. Affiant agreed to and received a 3-5 year sentence for the October 28, 1991 conviction, which was to run concurrent with a sentence Affiant was serving for an accutual Assault & Battery conviction received February 24, 1992.

    FURTHER AFFIANT SAITH NAUGHT.

July 20, 2004

Respectfully Presented,

*/s/ David Johnson*

DAVID JOHNSON
BOP Reg. No. 23155-038
FCI RAY BROOK
P.O. Box 9008
Ray Brook, New York  12977

Page 1 of 2

Case 1:04-cv-11114-JLT   Document 7   Filed 07/26/2004   Page 2 of 3

## O A T H

Before me, the undersigned authority, this day personally appeared DAVID JOHNSON, who first being duly sworn, says that he is the Movant in the above styled cause, that he has read the foregoing AFFIDAVIT IN SUPPORT OF MOVANT'S 28 U.S.C. § 2255 MOTION, and has personal knowledge of the facts and matters therein set forth, and that each and all these facts and matters are true, correct, certain and not misleading.

July 20, 2004

_____
DAVID JOHNSON
BOP Reg. No. 23155-038
FCI RAY BROOK
P.O. Box 9008
Ray Brook, New York  12977

Personally known ____

Produced identification ✓

STATE OF NEW YORK  )
                   ) ss.
COUNTY OF ESSEX    )

SWORN AND SUBSCRIBED TO BEFORE ME at FCI Ray Brook _____ this 20 day of July, 2004
Notary Public _____
My Commission Expires _____
WITNESS My Hand And Official Seal.

_____
Signature of Notary Public

JULIE B. LAMB
Notary Public, State of New York
No. 01LA6083408
Qualified in Essex County
My Commission Expires November 12, 2006

Page 2 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID JOHNSON,)
    Movant-Defendant,)
)
-vs-)   Criminal No.: 1:04-CV-11114-JLT
)
UNITED STATES OF AMERICA,)
    Respondent-Plaintiff.)
)

## CERTIFICATE OF SERVICE

I, DAVID JOHNSON, the Movant in the above-styled cause and the undersigned herein, do so affirm under pain and penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that true and correct copies of BRIEF IN SUPPORT OF MOVANT'S 28 U.S.C. § 2255 MOTION, and AFFIDAVIT IN SUPPORT OF MOVANT'S 28 U.S.C. § 2255 MOTION, have been deposited in the internal mailing system of FCI RAY BROOK with sufficient first class postage affixed thereupon, to be forwarded via U.S. mail to:

    George W. Vien
    Assistant United States Attorney
    United States Courthouse
    Suite 9200
    1 Courthouse Way
    Boston, MA 02210

So done this 20th day of July, 2004

                        Respectfully Presented,

                        */s/ David Johnson*

                        DAVID JOHNSON, pro se
                        BOP Reg. No. 23155-038
                        FCI RAY BROOK
                        P.O. Box 9008
                        Ray Brook, New York 12977