David Johnson
BOP Reg. No. 23155-038
FCI RAY BROOK
P.O. Box 9008
Ray Brook, New York   12977

October 15, 2004

Clerk of the Court
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA   02210

    RE:   DAVID JOHNSON v. UNITED STATES OF AMERICA
           Civil No. 04-11114-JLT

**REQUEST FOR PERIODIC STATUS REPORTS**

Dear Clerk:

    In accordance with the instructions given during my conversation with the Clerk's Office, I am presenting this written formal request to be provided periodic status reports concerning the above referenced civil action. Futher, I request to be provided at this time with a status report detailing (a) if the above referenced case has been scheduled for a hearing, and (b) what is the date of that scheduled hearing.

    As discussed previously, I would also like to be provided with a status report concerning the above referenced civil action, every thirty (30) days or earlier if any significant change occurs in the status of the case.

    If there will be any problem with providing me with this requested information, in the manner in which it has been requested, I humbly ask that the Clerk's Office foward a response stating why.

    I sincerely thank you for your time and attention with this matter, and look forward to your prompt and courteous reply.

                              Respectfully Presented,


                              David Johnson, pro se

cc:   Inmate File