David Johnson  
BOP Reg. No. 23155-038  
FCI RAY BROOK  
P.O. Box 9008  
Ray Brook, New York  12977

November 9, 2004

Clerk of the Court  
United States District Court  
District of Massachusetts  
One Courthouse Way, Suite 2300  
Boston, Ma  02210

      RE:  DAVID JOHNSON v. UNITED STATES OF AMERICA  
            Civil No. 04-11114-JLT

      <u>REQUEST FOR INFORMATION CONCERNING STATUS OF PROCEEDINGS</u>

Dear Clerk:

    This is a request to be provided an update concerning the above referenced civil action.  My prior letter dated 10/15/04, was misunderstood to have been a letter motion requesting a status hearing.  I apologize to the Clerk's Office and to the Court for my lack of clarity in making my prior request.

    To prevent any further misunderstanding as to exactly what I am requesting to be provided, I present the following questions:

        1.  Has the above referenced civil case been scheduled for a hearing?

        2.  What is the name of the Judge who has been assigned to the above referenced civil case?

        3.  If the above referenced civil case has not been scheduled for a hearing, when is the earliest date that such a hearing will or can be scheduled?

    If there are any questions concerning the request that I am presenting herein, then I ask that I be notified and allowed to further clarify my current before action is taken.

    I thank you for your time and attention, and look forward to reply.

                                      Respectfully Presented,

                                      David Johnson, pro se

cc:  Inmate File