UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID JOHNSON,          )
          Petitioner,   )
                        )
v.                      )   Case No.: 04-11114-JLT
                        )
UNITED STATES OF AMERICA,)
          Respondent.   )
_____)

PETITION FOR LEAVE TO PRESENT SUPPLEMENTAL INFORMATION

Comes now I, DAVID JOHNSON (hereinafter 'Petitioner') the Petitioner, whom pursuant to F.R.Civ.P. Rule 15(d), moves this Honorable Court for leave to present supplemental information which Petitioner requests to be reviewed and considered before entering judgment in the above captioned matter.

In support of grandting this petition, Petitioner provides the following facts and matters:

1. Petitioner now has pending before this Honorable Court a motion filed under 28 U.S.C. § 2255 (§ 2255 motion), which seeks to correct Petitioner's current federal prison sentence.

2. The legal issues and arguments set forth in the § 2255 motion referenced above, are very similar to those addressed in U.S. v. West, 393 F.3d 1302 (D.C. Cir. 2004).

3. Where the Court's decision in West has only recently come to Petitioner's knowledge through FCI RAY BROOK's prison law library, Petitioner could not have at any earlier time referenced nor provided this Court with a copy of the reported West case.

4. It is Petitioner's reasoned belief that the decision in West, will provide this Court with sound guidance.

(1)

5. The supplemental information Petitioner seeks to present for this Court's review and consideration is a copy of the reported West case [attached hereto] and the facts and matters stated herein, which neither raises nor supports any new legal issues or arguments not already presented in Petitioner's pending § 2255 motion.

6. The Court in West answered the question whether defendant West's sentence had been erroneously enhanced base upon a prior misdemeanor conviction, which under the United States Sentencing Guidelines was recatagorized as a "felony". On this question the Court in West held that for enhancement purposes the term felony "must be read in pari materia with federal statutes defining "felony", as to require or allow imposition of enhanced sentence, only if prior conviction is characterized as felony by controlling law." The West Court has thus dealt with the primary issue presented in Petitioner's own § 2255 motion, and the West Court's decision should be given just weight.

WHEREFORE, based upon all of the foregoing, Petitioner prays this Honorable Court to grant this petition, and accept and review the copy of the West case provided herewith, before entering judgment in Petitioner's pending § 2255 motion.

September 1, 2005                    Respectfully Presented,

                                     *David Johnson*

                                     DAVID JOHNSON, pro se
                                     BOP REG. NO. 23155-038
                                     FCI RAY BROOK
                                     P.O. BOX 9008
                                     RAY BROOK, NEW YORK 12977

## PERJURY JURAT

I, DAVID JOHNSON, the Petitioner in the foregoing PETITION FOR LEAVE TO PRESENT SUPPLEMENTAL INFORMATION, do hereby affirm under penalty of perjury, that all of the facts and matters as stated in the aforesaid petition are true, correct and certain. This affirmation is made pursuant to 28 U.S.C. § 1746(1).

September 1, 2005

_David Johnson_
DAVID JOHNSON, pro se

## CERTIFICATE OF SERVICE

I, DAVID JOHNSON, the Petitioner in the foregoing PETITIONER FOR LEAVE TO PRESENT SUPPLEMENTAL INFORMATION, do hereby affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that a true and correct copy of the aforesaid petition has been properly packaged, with adequate postage affixed thereupon and deposited in the inmate mail system at FCI RAY BROOK, to be forwarded to:

Honorable Judith Gail Dein
U.S. Magistrate Judge
U.S. Courthouse
1 Courthouse Way, Suite 6400
Boston, MA   02210

George W. Vien
United States Attorney's Office
District of Massachusetts
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA   02210

So done this 1 day of September 2005

Respectfully Presented,

_David Johnson_

DAVID JOHNSON, pro se
BOP REG. NO. 23155-038
FCI RAY BROOK
P.O. BOX 9008
RAY BROOK, NEW YORK   12977

(3)