David Johnson
BOP Reg. No. 23155-038
FCI Ray Brook
P.O. Box 9008
Ray Brook, NY  12977


Clerk of Court
United States District Court
District of Massachusetts                    January 30, 2006
One Courthouse Way, Suite 2300
Boston, MA   02210



RE: David Johnson v. UNITED STATES of AMERICA
    Civil No. 04-11114-JLT

<u>REQUEST FOR INFORMATION REGARDING STATUS OF PROCEEDINGS</u>

Dear Clerk:

    This is a request to be provided an update concerning the above referenced civil action. My prior update was sent to me 9-7-05. Has any status of proceedings changed? If the above referenced civil case hasn't been scheduled for a hearing, when is the earliest date that such a hearing will or can be scheduled?

    If there are any questions concerning the request that I am presenting herein, then I ask that I be notified and allowed to further clarify my current before action is taken.

    I thank You for your time and attention and look forward to your reply.


Respectfully presented,

David Johnson, pro se

*David Johnson* (signature)


cc: inmate file