David Johnson
BOP Reg. No. 23155-038
FCI RAYBROOK
P.O. Box 9003
Raybrook, New York 12977

Clerk of the Court
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

May 10, 2006

FILED
IN CLERKS OFFICE
2006 MAY 12  P 5:38
U.S. DISTRICT COURT
DISTRICT OF MASS

RE:   DAVID JOHNSON v. UNITED STATES OF AMERICA
      Civil No. 04-11114-JLT
      Request For Information Regarding Status Of Proceedings

Dear Clerk:

This is a request to be provided an update concerning the above referenced civil action. My prior update was sent to me 2-6-06. Has any status of proceedings changed? Can you provide me with an updated docket report on the above referenced civil action...

If there are any questions concerning the requests that I am presenting herein, then I ask that I be notified and allowed to further clarify my current before action is taken.

I Thank You for your time and attention and look forward to your reply.

Respectfully presented

David Johnson

cc: inmate file