David Johnson
B.O.P. Reg No. 23155-038
F.C.I. Raybrook
P.O. Box 9008
Raybrook, New York 12977

FILED
CLERKS OFFICE

2006 JUL 27 P 2: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

July 24, 2006

United States District Court
Clerk of the Courts (ATTN: Kim Abaid)
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

    RE: David Johnson v. United States of America
        Civil No. 04-11114-JLT
        <u>Request for Information Regarding Status of Proceedings.</u>

Dear Clerk;

   This is a request to be provided an update concerning the above referenced civil action. My prior update was sent to me 5-15-06. Has any status of proceedings changed? Can you provide me with an updated Docket Report on the above referenced civil action...

   If there are any questions concerning the requests that I am presenting herein, then I ask that I be notified and allowed to further clarify my current before action is taken.

   I Thank You for your time and attention and look forward to your reply;

                                  Respectfully presented,

                                  David Johnson
                                  David Johnson

CC: inmate file