# United States Court of Appeals
## For the First Circuit

No. 06-2489

IN RE: DAVID JOHNSON,

Petitioner.

Before

Torruella, *Circuit Judge*,
Stahl, *Senior Circuit Judge*,
and Lynch, *Circuit Judge*.

**JUDGMENT**

Entered: November 9, 2006

Petitioner's mandamus petition complains about delay on the part, principally, of a magistrate-judge in failing to issue a report and recommendation for over a year with respect to petitioner's § 2255 petition. Petitioner should address his complaint about delay on the part of the magistrate-judge to the district court judge that referred the § 2255 petition. For example, petitioner could ask the district court judge to unrefer the matter in view of the delay or to direct the magistrate-judge to act. Because it is not clear that petitioner has adequately brought his complaints to the attention of the district court judge, the petition for writ of mandamus is *denied*.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk

[certified copy: Honorable Joseph L. Tauro,
          Honorable Judith G. Dein]
[cc:  David Johnson, George W. Vien, AUSA, Dina Michael
                Chaitowitz, AUSA]