UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 NOV 27  P 2: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

DAVID JOHNSON,
    Movant,

vs.

UNITED STATES OF AMERICA,
    Respondent.

Case No. 1:04-cv-11114-JLT

## MOTION TO VACATE REFERENCE TO MAGISTRATE JUDGE AND FOR JUDGMENT ON THE PLEADINGS

Comes now I, DAVID JOHNSON (hereinafter 'Movant') the Movant in the above captioned matter, whom pursuant to 28 U.S.C. § 636(c)(4) and F.R.Civ.P. Rule 12(c) moves this Honorable Court to vacate its reference of the above styled cause to the Honorable Judith G. Dein, Magistrate Judge (hereinafter 'Judge Dein'), and to formerly enter a judgment on the pleadings presently filed in the above entitled matter without further delay.

In support of granting this motion Movant provides the following:

1. On June 1, 2004, the above styled cause was by order of the Court referred to Judge Dein for a "Report and Recommendation".

2. It has now been approximately 30 months since Judge Dein was ordered to file a "Report and Recommendation".

3. Movant respectfully contends that a 30 month delay in complying with the Court's order to file a "Report and Recommendation" is unreasonable, and this Court should now vacate the reference of the above styled cause to Judge Dein.

(1)

4. The unfair delay in properly and promptly acting upon Movant's 28 U.S.C. § 2255 motion is simply a denial of justice. "Justice delayed is justice denied", <u>Johnson v. Rogers</u>, 917 F.2d 1283, 1285 (10th Cir. 1990), for "to delay justice may be to deny justice". <u>Polizzi v. Cowles Magazine Inc.</u>, 345 U.S. 663 (1953).

5. As that all necessary pleadings have been filed in behalf of the parties named in the above captioned matter, and that such pleadings are sufficient to allow the Court to enter judgment, hence a judgment on the pleadings may lawfully be entered.

WHEREFORE, based upon the foregoing, Movant prays this honorable Court to issue an order vacating reference of the above styled cause to Judge Dein, to enter a judgment on the pleadings in the same said matter, and/or take any action which seem just and proper to the Court.

November 21, 2006            Respectfully Presented,

*David Johnson*

DAVID JOHNSON, pro se
BOP Reg. No. 23155-038
FCI RAY BROOK
P.O. Box 9008
Ray Brook, New York  12977