UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

David Johnson
    Petitioner

    V.

United States of America
    Respondent

CIVIL ACTION

NO. 04-cv-11114 JLT

**JUDGMENT**

Tauro, D. J.

In accordance with the Court's Order dated December 18, 2006 adopting the Magistrate Judge's Report and Recommendation of November 29, 2006, DENYING [1] Motion to Vacate Sentence, it is hereby ORDERED:

Judgment for the Respondent.

By the Court,

December 18, 2006
    Date

/s/ Kimberly M. Abaid
Deputy Clerk