UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID JOHNSON,            )
      Appellant,       )
                          )
vs.                       )   Case No. 1:04-cv-11114-JLT
                          )
UNITED STATES OF AMERICA, )
      Appellee.        )
                          )

PETITION FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY

Comes now I, DAVID JOHNSON ('Appellant'), pro se, requesting that this Court issue a Certificate of Appealability ('COA') in the above-entitled matter, and states in support the following:

1. Appellant made application by motion to this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 ('§ 2255'), challenging the validity of the federal sentence imposed upon Appellant by the Honorable Joseph L. Tauro, U.S. District Judge ('Judge Tauro'), and to challenge the lawfulness the unwarranted search involved in Appellant's underlying criminal conviction.

2. This Court on December 18, 2007 denied Appellant's § 2255 motion for issuance of a writ of habeas corpus.

3. In accordance with the "Mailbox Rule" announced in Houston v. Lack, 487 U.S. 266 (1988), Appellant did on February 8, 2007, file Notice of Appeal seeking appellate review of the Judgment of the Court denying Appellant's § 2255 motion for issuance of habeas corpus.

4. Appellant cannot appeal this Court's Judgment denying Appellant's § 2255 motion without the issuance of a COA. See 28 U.S.C. § 2253; Fed.R.App.Proc. 22(b).

5. Appellant intends to raise on appeal the following points believed to be meritorious:

    I. DOES APPELLANT'S PRIOR MASSACHUSETTS STATE CONVICTIONS LAWFULLY QUALIFY APPELLANT AS A ARMED CAREER CRIMINAL IN ACCORDANCE WITH FEDERAL LAW?

    II. DOES APPELLANT'S PRIOR MASSACHUSETTS STATE CONVICTION ALLOW APPELLANT TO BE SENTENCED AS A CAREER OFFENDER IN ACCORDANCE WITH THE UNITED STATES SENTENCING GUIDELINES?

    III. WAS THE UNWARRANTED SEARCH INVOLVED IN APPELLANT'S UNDERLYING FEDERAL CONVICTION UNLAWFUL?

WHEREFORE, Appellant prays this Court issue a Certificate of Appealability leave to seek appellate review, on all of the points presented herein above.

February 12, 2007

Respectfully Presented,

*David Johnson*

DAVID JOHNSON, pro se
BOP Reg. No. 23155-038
FCI RAY BROOK
P.O. Box 9008
Ray Brook, New York  12977