UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID JOHNSON,<br>      Appellant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>      Appellee. | Case No. 1:04-cv-11114-JLT |

NOTICE OF APPEAL

Notice is hereby given that DAVID JOHNSON, the Appellant named in the above entitled matter, appeals to the United States Court of Appeals for the First Circuit from the final Judgment [Exhibit-A attached] entered in this action on December 18, 2006.

February /2, 2007                 Respectfully Presented,

                                              DAVID JOHNSON, pro se
                                              BOP Reg. No. 23155-038
                                              FCI RAY BROOK
                                              P.O. Box 9008
                                              Ray Brook, New York  12977