UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 FEB 16   P 3: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

DAVID JOHNSON,
    Appellant,

vs.                                      Case No. 1:04-cv-11114-JLT

UNITED STATES OF AMERICA,
    Appellee.

## CERTIFICATE OF SERVICE

I, DAVID JOHNSON, the Appellant in the above-entitled matter
and the undersigned herein, do so affirm under the penalty of
perjury, pursuant to 28 U.S.C. § 1746(1), that true and correct
copies of Appellant's NOTICE OF APPEAL, and PETITION FOR A
CERTIFICATE OF APPEALABILITY, have been properly packaged and
provided to the appropriate staff member of FCI RAY BROOK to be
deposited in the U.S. mail, to be delivered to:

> George W. Vien
> Assistant U.S. Attorney
> U.S. Attorney's Office
> 408 Atlantic Avenue
> Room 530
> Boston, MA   02110

So done this _12_ day of _February_, 2007.

Respectfully Presented,

David Johnson

> DAVID JOHNSON, pro se
> BOP Reg. No. 23155-038
> FCI RAY BROOK
> P.O. Box 9008
> Ray Brook, New York   12977

Certified Mail # 7004 0550 0001 1636 6729

CERTIFICATE                                      Page 1 of 1