APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11114-JLT

| | |
|---|---|
| Johnson v. United States of America | Date Filed: 05/17/2004 |
| Assigned to: Judge Joseph L. Tauro | Jury Demand: None |
| Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc | Nature of Suit: 110 Insurance |
| | Jurisdiction: U.S. Government Defendant |

**Petitioner**

**David Johnson**     represented by **David Johnson**
23155-038
FCI Ray Brook
P.O. Box 9008
Ray Brook, NY 12977
PRO SE

V.

**Respondent**

**United States of America**    represented by **George W. Vien**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3236
Fax: 617-748-3954
Email: george.vien@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by David Johnson.(Abaid, Kim) (Entered: 06/01/2004) |
| 05/17/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Abaid, Kim) (Entered: 06/01/2004) |
| 06/01/2004 | 2 | Judge Joseph L. Tauro : ORDER entered REFERRING CASE to Magistrate Judge Judith G. Dein Referred for: Report and Recommendations on 2255 |

| | | |
|---|---|---|
| | | Petition(Abaid, Kim) (Entered: 06/01/2004) |
| 06/01/2004 | 3 | Judge Judith G. Dein : ORDER entered Service Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Dambrosio, Jolyne) (Entered: 06/01/2004) |
| 06/21/2004 | 4 | MOTION for Extension of Time to July 23, 2004 to respond to the petition by United States of America.(Abaid, Kim) (Entered: 06/22/2004) |
| 06/23/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 4 Motion for Extension of Time Until 7/23/04 to Respond to Petition. (Dambrosio, Jolyne) (Entered: 06/23/2004) |
| 07/21/2004 | 5 | Response by United States of America to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Abaid, Kim) (Entered: 07/22/2004) |
| 07/26/2004 | 6 | BRIEF by David Johnson In Support of 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Abaid, Kim) (Entered: 07/27/2004) |
| 07/26/2004 | 7 | AFFIDAVIT in Support re 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Abaid, Kim) (Entered: 07/27/2004) |
| 08/11/2004 | 8 | Traverse by David Johnson to 5 Government's Response. (Abaid, Kim) (Entered: 08/13/2004) |
| 10/21/2004 | 9 | Letter requesting status reports from David Johnson. (Abaid, Kim) (Entered: 10/22/2004) |
| 10/27/2004 | | Judge Judith G. Dein : ORDER entered denying 9 request for status reports. Court will schedule hearing only if it deems a hearing is necessary, and Petitioner will be provided with notice if a hearing is scheduled.(Dambrosio, Jolyne) (Entered: 10/27/2004) |
| 11/12/2004 | 10 | Letter re Update on Status of Case from David Johnson. (Abaid, Kim) (Entered: 11/16/2004) |
| 09/06/2005 | 11 | MOTION for Leave to File Supplemental Information by David Johnson. (Attachments: # 1 Proposed Supplemental Information)(Abaid, Kim) (Entered: 09/07/2005) |
| 09/07/2005 | | DOCKET SHEET sent to David Johnson. (Abaid, Kim) (Entered: 09/07/2005) |
| 09/08/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 11 Motion for Leave to File Supplemental Information. (Dambrosio, Jolyne) (Entered: 09/08/2005) |
| 09/08/2005 | 12 | EXHIBIT - Supplemental Information by David Johnson. (Abaid, Kim) (Entered: 09/09/2005) |
| 02/01/2006 | 13 | Letter re: Status of Case from David Johnson. (Abaid, Kim) (Entered: 02/01/2006) |

| 02/02/2006 | | Judge Judith G. Dein : Electronic ORDER entered re 13 Letter from plaintiff. The matter remains under advisement.(Dambrosio, Jolyne) (Entered: 02/02/2006) |
|---|---|---|
| 05/12/2006 | 14 | Letter requesting a copy of the docket sheet from David Johnson. (Abaid, Kim) (Entered: 05/15/2006) |
| 05/15/2006 | | DOCKET SHEET sent to David Johnson. (Abaid, Kim) (Entered: 05/15/2006) |
| 07/27/2006 | 15 | Letter re: Status of Case from David Johnson. (Abaid, Kim) (Entered: 07/28/2006) |
| 08/10/2006 | | DOCKET SHEET sent to David Johnson. (Abaid, Kim) (Entered: 08/10/2006) |
| 11/20/2006 | 16 | U.S. Court of Appeals Judgment entered: Petitioner's mandamus petition is DENIED because it is not clear that petitioner has adequately brought his complaints to the attention of the District Court Judge.(Judgment entered on 11/9/06)(Gawlik, Cathy) (Entered: 11/20/2006) |
| 11/27/2006 | 17 | MOTION to Vacate 2 Order Referring Case to Magistrate Judge by David Johnson.(Abaid, Kim) (Entered: 11/28/2006) |
| 11/29/2006 | 18 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by David Johnson. Recommendation: that the Motion be DENIED. Objections to R&R due by 12/13/2006.(Dambrosio, Jolyne) (Entered: 11/29/2006) |
| 12/14/2006 | 19 | OBJECTION to 18 Report and Recommendations filed by David Johnson. (Abaid, Kim) (Entered: 12/18/2006) |
| 12/18/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered denying 17 Motion to Vacate Referral to Magistrate Judge is DENIED AS MOOT. (Abaid, Kim) (Entered: 12/18/2006) |
| 12/18/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 18 Report and Recommendations Action on motion: DENIED.(Abaid, Kim) (Entered: 12/18/2006) |
| 12/18/2006 | 20 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of the Respondent against the Petitioner(Abaid, Kim) (Entered: 12/18/2006) |
| 02/16/2007 | 21 | MOTION for Certificate of Appealability by David Johnson.(Abaid, Kim) (Entered: 02/20/2007) |
| 02/16/2007 | 22 | NOTICE OF APPEAL as to 20 Judgment by David Johnson NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/8/2007. (Abaid, |

|  |  |  |
|---|---|---|
|  |  | Kim) (Entered: 02/20/2007) |
| 02/16/2007 | 23 | CERTIFICATE OF SERVICE by David Johnson re 22 Notice of Appeal,, 21 MOTION for Certificate of Appealability. (Abaid, Kim) (Entered: 02/20/2007) |