David Johnson
BOP Reg. No. 23155-038
FCI RAY BROOK
P.O. Box 9008
Ray Brook, New York  12977

April 1, 2007

Office of the Clerk
United States District Court
District of Massachusetts
1 Courthouse Way - Suite 2300
Boston, Massachusetts  02210

> RE: DAVID JOHNSON v. UNITED STATES OF AMERICA
> Civil Action No. 04-11114-JLT
>
> REQUEST FOR STATUS ON CERTIFICATE OF APPEALABILITY
> AND FILING OF MOTION TO PROCEED IN FORMA PAUPERIS

Dear Clerk:

I am currently pursuing an appeal in the above referenced legal matter. I filed with the Court a motion for a Certificate of Appealability, however at this time it is unknown whether that motion has been ruled upon. I have been directed by the United States Court of Appeals for the First Circuit to provide information concerning the status of that motion [See attached letter].

If any action has been taken, or if any order or judgment has been entered in the above action, I have not been provided with either notice nor copy of such order or judgment. Thus, I formally hereby request to be provided with a written statement concerning the status of the proceedings, concerning the motion for Certificate of Appealability filed in February 2007, and/or to be provided with any order or judgment entered pertaining thereto.

Finally, enclosed you will find one (1) original and two (2) copies of the document entitled "Motion For Leave To Proceed In Forma Pauperis". I request that such documents be filed in the above referenced matter along with a copy of this letter and attachment.

I thank you for your time and attention with this matter.

Respectfully Presented,

David Johnson

DAVID JOHNSON, pro se

pdm/DJ

cc: Inmate File

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

No. 07-1381

DAVID JOHNSON

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

---

### ORDER OF COURT

Entered: 3/7/07
Pursuant to 1st Cir. R. 27.0(d)

This court has docketed petitioner-appellant's appeal from the denial of his motion to vacate his sentence under 28 U.S.C. Sec. 2255. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. Sec. 2253. A request for a certificate of appealability must first be sought in the district court. See Local Rule 22.1(a). Petitioner-appellant's request for a certificate of appealability, filed on , is pending in the district court.

Accordingly, we direct petitioner-appellant to file a status report in this court by **4/6/07**, and every thirty days thereafter, advising us of the status of that application. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the application for a certificate.

By the Court:

Richard Cushing Donovan, Clerk

AMY B. LEDERER

---
Appeals Attorney

To:   David Johnson

cc:   George W. Vien
      Dina Michael Chaitowitz