UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID JOHNSON,
    Appellant,
)
)
)
-vs-
)
)  Case No. 1:04-cv-11114-JLT
)
UNITED STATES OF AMERICA,
    Appellee.
)
)

### MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Comes now I, DAVID JOHNSON (hereinafter 'Appellant') the Appellant in the above captioned matter, and does so move this Honorable Court, pursuant to 28 U.S.C. § 1915, for leave to proceed in forma pauperis in the above styled cause. Appellant has attached a Declaration in support of this motion.

April 5, 2007

Respectfully Presented,

*David Johnson*

DAVID JOHNSON, pro se
BOP Reg. No. 23155-038
FCI RAY BROOK
P.O. Box 9008
Ray Brook, New York  12977

(1)