UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID JOHNSON, )
    Appellant, )
)
-vs- ) Case No. 1:04-cv-11114-JLT
)
UNITED STATES OF AMERICA, )
    Appellee. )

DECLARATION IN SUPPORT

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

    I, DAVID JOHNSON (hereinafter 'Appellant') the Appellant in the above captioned matter, whom pursuant to 28 U.S.C. § 1746(1), declares under penalty of perjury the following:

    1. Appellant is above 21 years of age, and is of competent mind to assert the declarations presented herein.

    2. All declarations presented herein, to the best of Appelant's knowledge, are true, correct, and not misleading.

    3. Appellant was denied the relief sought in the motion filed pursuant to 28 U.S.C. § 2255 by the District Court, and Appellant is now seeking appellate review of the District Court decision upon request of a Certificate of Appealability.

    4. Appellant's Motion for Certificate of Appellability is still pending before the District Court.

    5. Appellant seeks to present meritorious issues of law before the Appellate Court, showing a denial of a Constitutional right and that the law as announced by the United States Supreme Court (hereinafter 'Supreme Court') and the First Circuit Court of Appeals, require Appellant's issues to be adjudicated to Appellant's favor.

(2)

6. Appeal is sought in the above styled cause in good faith, and Appellant believes that the First Amendment of the Constitution of the United States entitles Appellant to the redress sought.

7. The only money Appellant owns or possesses is currently held in Appellant's Inmate Trust Account, which is $ 0.36 .

8. Appellant doe not own or possess any real property, and does not own or possess any personal assets.

9. Appellant is not been employed since December, 1999, and has not received within the past twelve months any money from any business, profession, self-employment, rent, interest, dividends, pensions, annuities, insurance, gifts, or inheritance.

10. Because of appellant's poverty, Appellant is unable to pay the costs of persuing appeal in the above styled cause, to give security thereafter, or employ an attorney.

Appellant understands that any statement made in this declaration that is not true or correct to the best of Appellant's knowledge and belief's, will subject Appellant to the penalties of perjury.

April 5, 2007                    Respectfully Presented,

                                 David Johnson
                                 DAVID JOHNSON, pro se
                                 BOP Reg. No. 23155-038
                                 FCI RAY BROOK
                                 P.O. Box 9008
                                 Ray Brook, New York  12977

(3)

## PERJURY JURAT

I, DAVID JOHNSON, declar under penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that the foregoing Declaration is true, correct, certain, and not misleading to the best of my knowledge.

April 5, 2007

                                      _/s/ David Johnson_
                                      DAVID JOHNSON, pro se
                                      BOP Reg. No. 23155-038

## CERTIFICATE OF SERVICE

I, DAVID JOHNSON, do affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that a true and correct copy of the foregoing MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, and DECLARATION IN SUPPORT, have been properly packaged with adequate postage affixed thereupon, and given to the appropriate FCI RAY BROOK staff member to be mailed to:

    George W. Vien, AUSA
    U.S. Attorney's Office
    402 Atlantic Avenue
    Room 530
    Boton, MA   02110

So done this 5 day of April, 2007.

                                      _/s/ David Johnson_
                                      DAVID JOHNSON, pro se
                                      BOP Reg. No. 23155-038
                                      FCI RAY BROOK
                                      P.O. Box 9008
                                      Ray Brook, New York   12977

(4)